# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 19-cr-00261-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JALONNI ALEXANDER MOORE,

      Defendant.
_____

## FINDINGS OF FACT AND CONCLUSIONS OF LAW
## ON THE ENTRY OF A PLEA OF GUILTY
_____

**Blackburn, J.**

On March 12, 2020, I conducted a change of plea hearing during which (1) the defendant, his counsel, counsel for the government, and I formally reviewed and considered Court's Exhibits 1 and 2; (2) I rearraigned the defendant under Fed. R. Crim. P. 10; and (3) I formally advised the defendant and conducted providency proceedings under Fed. R. Crim. P. 11.

Based upon my exchange and colloquy with the defendant under oath in open court on the record; based upon the representations, remarks, and statements of counsel for the government and counsel for the defendant; based upon my review of the file and my review of Court's Exhibits 1 and 2, I enter the following findings of fact and conclusions of law:

That the defendant is literate and fluent in English;

That the defendant appeared to be alert and not under the influence of or

impaired by drugs, narcotics, marihuana, alcohol, medication, or intoxicants;

That the defendant heard and understood all that I said and asked;

That the defendant was competent and fully understood the nature, circumstances, and essential elements of the offense to which his plea of guilty was entered;

That the defendant understands clearly that the government has the right in a prosecution for perjury or false statement to use against the defendant any false, material statement of fact the defendant gives under oath;

That the defendant understood the direct and collateral consequences that he may suffer or experience as a result of his plea of guilty and the resultant felony conviction and sentence;

That the defendant's plea of guilty and admission of the Forfeiture Allegation were made and entered voluntarily, knowingly, intelligently and intentionally, and were not the result of mistake; misunderstanding, fear, force, threats, coercion, or undue influence by anyone;

That the defendant's plea of guilty and admission of the Forfeiture Allegation were not the result of any promise or inducement made by anyone, including his legal counsel;

That the defendant understood each of his legal rights, including his right to a trial by jury and his right to be represented throughout this criminal case by an attorney even if indigent; and that the defendant freely, voluntarily, knowingly, intelligently, and intentionally waived his rights and privileges, including the right to trial by jury, but

excepting his right to be represented throughout this criminal case by an attorney even if indigent and his right to appeal any sentence I impose;

That the defendant understood that in imposing sentence, I must consult and consider the purposes and goals of sentencing as prescribed by Congress, the relevant provisions of the advisory United States Sentencing Guidelines, any request for a sentence departure or variance, and the provisions of 18 U.S.C. § 3553 (a)(1)-(7); and the defendant clearly understood that regardless of the sentence I impose, he may not withdraw his plea of guilty on that basis;

That the defendant understood that the court will not be bound by any representations by anyone concerning the penalty to be imposed;

That having compared the conduct admitted or conceded by the defendant with the elements of the charged offense, a factual basis exists to support and sustain the defendant's plea of guilty;

That the defendant has been represented at the change of plea hearing and throughout this case by effective and competent counsel with whom the defendant has no objection, criticism, or complaint whatsoever;

That the defendant read, understood, and accepted each and every term and provision within Court's Exhibits 1 and 2, which he reviewed carefully and thoroughly with his attorney;

That the defendant does not have a plea agreement with the government;

That on the record considered as a whole, I conclude that I may properly accept the defendant's plea of guilty to the crime charged in Count 1 of the Indictment and his

admission of the Forfeiture Allegation in the Indictment; and

That accordingly, the defendant is found guilty of the crime charged in Count 1 of the Indictment.

Dated March 12, 2020, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge